MICHELE BECKWITH
Acting United States Attorney
JASON HITT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Apr 09, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>RAYSHAWN WILLIAMS,<br><br>            Defendants. | CASE NO. 2:24-MJ-0127 SCR<br><br>ORDER TO UNSEAL<br>CRIMINAL COMPLAINT |

Based upon the representations made in the Motion to Unseal filed by the United States, the Court grants the motion and hereby orders the Criminal Complaint in Case No. 2:25-MJ-0127-SCR to be UNSEALED.

IT IS SO ORDERED.

Dated:  April 9, 2025                                   _____
                                                        ALLISON CLAIRE
                                                        UNITED STATES MAGISTRATE JUDGE

MOTION TO UNSEAL CRIMINAL COMPLAINT
AND [PROPOSED] ORDER